# UNITED STATES DISTRICT COURT
## for the
### Middle District of North Carolina

*FILED JUL 2 2 2016, THIS OFFICE, U. S. District Court, Greensboro, N.C. By _____*

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 1:16MJ189-1 |
| | ) | |
| JEREMY BROWN | ) | Charging District's Case No. 16-20143-SHM |
| *Defendant* | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* Western District of Tennessee

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

- [x] an identity hearing and production of the warrant.
- [x] a preliminary hearing.
- [x] a detention hearing.
- [x] an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: Jul 22, 2016

*Defendant's signature*

*Signature of defendant's attorney*

James Craven III

*Printed name of defendant's attorney*