# U.S. District Court
# North Carolina Middle District (NCMD)
# CRIMINAL DOCKET FOR CASE #: 1:16−mj−00189−JLW All Defendants
## *Internal Use Only*

Case title: USA v. BROWN     Date Filed: 07/21/2016
                             Date Terminated: 07/22/2016

Assigned to: MAG/JUDGE JOE L. WEBSTER

**Defendant (1)**

| | |
|---|---|
| **JEREMY BROWN**<br>*TERMINATED: 07/22/2016*<br>also known as<br>LAQUANTAN PARKER<br>*TERMINATED: 07/22/2016* | represented by **JAMES B. CRAVEN , III**<br>POB 1366<br>DURHAM, NC 27702<br>919−688−8295<br>Fax: 919−688−8295<br>Email: jbc64@mindspring.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Designation: CJA Appointment |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| Rule 5 Arrest | |

**Plaintiff**

| | |
|---|---|
| **USA** | represented by |

**JOANNA G. MCFADDEN**
U. S. ATTORNEY'S OFFICE
101 S. EDGEWORTH ST., 4TH FLOOR
GREENSBORO, NC 27401
336−332−6362
Fax: 336−333−5381
Email: joanna.mcfadden@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 07/21/2016 | | 7 | Arrest (Rule 5) of JEREMY BROWN (Garrett, Kim) (Entered: 07/22/2016) |
| 07/22/2016 | 1 | 3 | MOTION for Detention by USA as to JEREMY BROWN. (MCFADDEN, JOANNA) (Entered: 07/22/2016) |
| 07/22/2016 | | 6 | Minute Entry for proceedings held before MAG/JUDGE JOE L. WEBSTER: in DurhamINITIAL APPEARANCE IN RULE 5 PROCEEDINGS as to JEREMY BROWN held on 7/22/2016. Attorney James Craven appointed and present with defendant. Defendant advised of rights and charges. Defendant waived hearings in the MDNC and will be transported in custody to the WDTN for further proceedings. Proceedings recorded. (Garrett, Kim) (Entered: 07/22/2016) |
| 07/22/2016 | 2 | | SEALED FINANCIAL AFFIDAVIT by JEREMY BROWN (Garrett, Kim) (Entered: 07/22/2016) |
| 07/22/2016 | 3 | 8 | ORDER appointing CJA Panel Attorney JAMES B. CRAVEN, III for JEREMY BROWN. Signed by MAG/JUDGE JOE L. WEBSTER on 07/22/16. (Garrett, Kim) (Entered: 07/22/2016) |
| 07/22/2016 | 4 | 9 | WAIVER of Rule 5(c)(3) Hearing by JEREMY BROWN (Garrett, Kim) (Entered: 07/22/2016) |
| 07/22/2016 | 5 | 10 | Commitment Order – Rule 5 as to JEREMY BROWN. Signed by MAG/JUDGE JOE L. WEBSTER on 07/22/16. (Garrett, Kim) (Entered: 07/22/2016) |

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:16MJ189-1 |
| | : | |
| JEREMY BROWN | : | |

## MOTION BY THE UNITED STATES OF AMERICA
## FOR DETENTION HEARING

NOW COMES the United States of America and hereby moves for a detention hearing pursuant to 18 U.S.C. § 3142(f) to determine whether any condition or combination of conditions will reasonably assure the appearance of defendant as required and the safety of other persons and of the community.

1. <u>Eligibility of Case</u>. This case involves a:

    ☐ crime of violence [18 U.S.C. § 3142(f)(1)(a)]

    ☐ maximum sentence life imprisonment or death [18 U.S.C. § 3142(f)(1)(B)]

    ☐ controlled substance offense punishable by ten years or more in prison [18 U.S.C. § 3142(f)(1)(C)]

    ☐ felony, with two prior convictions in above categories [18 U.S.C. § 3142(f)(1)(D)]

    ☒ minor victim, or the possession or use of a firearm or destructive device, or other dangerous weapon, or a failure to register under 18 U.S.C. § 2250 [18 U.S.C. § 3142(f)(1)(E)]

    ☒ serious risk defendant will flee [18 U.S.C. § 3142(f)(2)(A)]

☐ serious risk of obstruction of justice [18 U.S.C. § 3142(f)(2)(B)]

2. <u>Reason for Detention</u>. The court should detain defendant because no conditions of release will reasonably assure (check one or both):

☒ the Defendant's appearance as required

☒ the safety of any other person and the community

3. <u>Rebuttable Presumption</u>. The United States of America does not invoke the rebuttable presumption against defendant pursuant to 18 U.S.C. § 3142(e). The presumption applies because:

☐ there is probable cause to believe defendant has committed a controlled substance offense punishable by ten years or more in prison, or an offense under 18 U.S.C. § 924(c), 956(a), or 2332b.

☐ the Defendant has a prior conviction for an "eligible" offense committed while on pretrial bond. Eligible offenses are the first five categories listed under Paragraph 1 of this motion.

☐ there is probable cause to believe that the Defendant committed an offense involving a minor as a victim pursuant to 18 U.S.C. § (1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1)-(3), 2252A(1)-(4), 2260, 2421-23, or 2425).

4. <u>Time for Detention Hearing</u>. The United States of America requests that the court conduct the detention hearing:

☐ at first appearance

☒   after continuance of  3   days (not more than 3).

5. <u>Temporary Detention</u>.  The United States of America moves the Court to detain the defendant during any continuance and pending completion of the detention hearing.

6. <u>Other Matters</u>.

_____

_____

WHEREFORE, the United States respectfully requests that the Court hold a detention hearing in the above-captioned case and that it continue the detention hearing for a reasonable period of time from the date of the defendant's first appearance before a judicial officer to allow the United States to prepare.

This, the 22nd day of July, 2016.

    RIPLEY RAND
    United States Attorney


<u>/s/ JOANNA G. MCFADDEN</u>
Assistant United States Attorney
NY Bar No. 4500948
101 South Edgeworth Street
Fourth Floor
Greensboro, North Carolina 27401
Telephone: (336) 333-5351
Fax: (336) 333-5381

```
MIME-Version:1.0
From:ECF@ncmd.uscourts.gov
To:ecf@ncmd.uscourts.gov
Bcc:
--Case Participants: JOANNA G. MCFADDEN (caseview.ecf@usdoj.gov, jo.vereen@usdoj.gov,
joanna.mcfadden@usdoj.gov, usancm.ecfcriminal@usdoj.gov), MAG/JUDGE JOE L. WEBSTER
(gregory_moss@ncmd.uscourts.gov, judge_webster@ncmd.uscourts.gov,
kimberly_garrett@ncmd.uscourts.gov, pedra_lee@ncmd.uscourts.gov,
wanda_williamson@ncmd.uscourts.gov)
--Non Case Participants: Pretrial Office (duty-ncmpt-greensboro@ncmp.uscourts.gov)
--No Notice Sent:

Message-Id:2379351@ncmd.uscourts.gov
Subject:Activity in Case 1:16-mj-00189-JLW USA v. BROWN Initial Appearance - Rule 5
Content-Type: text/html
```

**To determine whether you must send a courtesy paper copy or electronic copy in Word (or compatible format) of a document that you have filed in this case, click here: Judicial Preferences Summary.**

### U.S. District Court

### North Carolina Middle District

**Notice of Electronic Filing**

The following transaction was entered on 7/22/2016 at 10:29 AM EST and filed on 7/22/2016

**Case Name:**       USA v. BROWN
**Case Number:**     1:16-mj-00189-JLW
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Minute Entry for proceedings held before MAG/JUDGE JOE L. WEBSTER: in DurhamINITIAL APPEARANCE IN RULE 5 PROCEEDINGS as to JEREMY BROWN held on 7/22/2016. Attorney James Craven appointed and present with defendant. Defendant advised of rights and charges. Defendant waived hearings in the MDNC and will be transported in custody to the WDTN for further proceedings. Proceedings recorded. (Garrett, Kim)**

**1:16-mj-00189-JLW-1 Notice has been electronically mailed to:**

JOANNA G. MCFADDEN &nbsp &nbsp joanna.mcfadden@usdoj.gov, CaseView.ECF@usdoj.gov, jo.vereen@usdoj.gov, USANCM.ecfcriminal@usdoj.gov

**1:16-mj-00189-JLW-1 Notice will not be electronically mailed to:**

```
MIME-Version:1.0
From:ECF@ncmd.uscourts.gov
To:ecf@ncmd.uscourts.gov
Bcc:
--Case Participants: JOANNA G. MCFADDEN (caseview.ecf@usdoj.gov, jo.vereen@usdoj.gov,
joanna.mcfadden@usdoj.gov, usancm.ecfcriminal@usdoj.gov), MAG/JUDGE JOE L. WEBSTER
(gregory_moss@ncmd.uscourts.gov, judge_webster@ncmd.uscourts.gov,
kimberly_garrett@ncmd.uscourts.gov, pedra_lee@ncmd.uscourts.gov,
wanda_williamson@ncmd.uscourts.gov)
--Non Case Participants: Pretrial Office (duty-ncmpt-greensboro@ncmp.uscourts.gov), U. S.
Marshal's Office (brantley.williams@usdoj.gov, jessica.williams2@usdoj.gov)
--No Notice Sent:

Message-Id:2379310@ncmd.uscourts.gov
Subject:Activity in Case 1:16-mj-00189-JLW USA v. BROWN Arrest - Rule 5
Content-Type: text/html
```

**To determine whether you must send a courtesy paper copy or electronic copy in Word (or compatible format) of a document that you have filed in this case, click here: Judicial Preferences Summary.**

### U.S. District Court

### North Carolina Middle District

**Notice of Electronic Filing**

The following transaction was entered on 7/22/2016 at 9:52 AM EST and filed on 7/21/2016

**Case Name:**     USA v. BROWN
**Case Number:**   1:16-mj-00189-JLW
**Filer:**
**Document Number:** No document attached

**Docket Text:**
 **Arrest (Rule 5) of JEREMY BROWN (Garrett, Kim)**


**1:16-mj-00189-JLW-1 Notice has been electronically mailed to:**

JOANNA G. MCFADDEN &nbsp &nbsp joanna.mcfadden@usdoj.gov, CaseView.ECF@usdoj.gov, jo.vereen@usdoj.gov, USANCM.ecfcriminal@usdoj.gov

**1:16-mj-00189-JLW-1 Notice will not be electronically mailed to:**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:16MJ189-1 |
| | ) | |
| JEREMY BROWN | ) | Charging District: 16-20143-SHM |

## ORDER

This matter comes before the Court for the appointment of counsel to represent Defendant in this matter. The Court has reviewed Defendant's Financial Affidavit, and concludes that Defendant is financially unable to employ counsel, does not wish to waive counsel, and that the interests of justice require appointment of counsel at Government expense.

IT IS THEREFORE ORDERED that CJA Panel Attorney James Craven III is appointed to represent Defendant in this action.

This, the 22th day of July, 2016.

_____
Joe L. Webster
United States Magistrate Judge

<mark>AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)</mark>

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 1:16MJ189-1 |
| ) | |
| JEREMY BROWN ) | Charging District's Case No. 16-20143-SHM |
| *Defendant* ) | |

**FILED JUL 22 2016, THIS OFFICE, U.S. District Court, Greensboro, N.C. By _____**

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* Western District of Tennessee

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒ an identity hearing and production of the warrant.

☒ a preliminary hearing.

☒ a detention hearing.

☒ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: Jul 22, 2016

*Defendant's signature*

*Signature of defendant's attorney*

James Craven III

*Printed name of defendant's attorney*

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | |
|---|---|
| United States of America <br> v. <br><br> JEREMY BROWN <br> *Defendant* | ) <br> )    Case No.    1:16MJ189-1 <br> ) <br> ) <br> )    Charging District's <br> )    Case No.    16-20143-SHM |

**FILED JUL 2 2 2016** — THIS OFFICE, U.S. District Court, Greensboro, N.C.

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the    **Western**    District of    **Tennessee** ,

*(if applicable)* _____ division. The defendant may need an interpreter for this language: _____ .

The defendant:    ☐ will retain an attorney.

                 X is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:    July 22, 2016

                                                       *Judge's signature*

                                       Joe L. Webster, United States Magistrate Judge
                                                     *Printed name and title*